## OAKES ET ALS *vs.* LEAVITT.

York County. Decided October 30, 1930. The record in this case is apparently incomplete. In its present form it discloses no ground for the exercise of the equitable jurisdiction of the Superior Court. The report is discharged. So ordered. *Raymond S. Oakes, John V. Tucker, Cecil J. Siddall,* for plaintiffs. *Laurence C. Allen,* for defendant.